**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

LARRY MONTZ; DAENA SMOLLER,
          *Plaintiffs-Appellants,*

v.

PILGRIM FILMS & TELEVISION, INC.;
NBC UNIVERSAL, INC.; CRAIG
PILIGIAN; JASON CONRAD HAWES;
UNIVERSAL TELEVISION NETWORKS,
          *Defendants-Appellees.*

No. 08-56954

D.C. No.
2:06-cv-07174-
FMC-MAN

ORDER

Filed September 30, 2010

---

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

16761